UNITED STATES of America ex rel. Frank or Franjo BORIC or Borich, Appellant, v. William H. MARSHALL, District Director of Immigration, Appellee.

No. 5190.

Circuit Court of Appeals, Third Circuit.

Oct. 19, 1933.

Jacob Seligsohn and Alexander H. Schullman, both of Pittsburgh, Pa., for appellant.

Horatio S. Dumbauld, U. S. Atty., of Uniontown, Pa., and Lloyd W. Bryan, Asst. U. S. Atty., of Pittsburgh, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

In the court below (4 F. Supp. 965), the trial judge discharged a writ of habeas corpus and remanded to the immigration authorities Franjo Boric, an alien about to be deported as being a member of an organization which advocates the overthrow by force and violence of our government.

As usual in such cases, the alien, to prevent his deportation, now invokes the law of the government he seeks to destroy. The statutes in question and the pertinent proceedings, practice, and principles in such cases are set forth at length in Murdoch v. Clark (C. C. A.) 53 F.(2d) 155; U. S. ex rel. Yokinen v. Commissioner (C. C. A.) 57 F.(2d) 707; Kjar v. Doak (C. C. A.) 61 F.(2d) 566; U. S. v. Tapolcsanyi, 40 F.(2d) 255, cited by the judge below. By reference thereto, we avoid cumbering the reports with needless repetition. The record shows the alien was given a fair hearing, the proofs warranted the

deportation order, and the full and satisfactory opinion of the judge and his discharge of the writ and his remanding of the alien for deportation involved no error. We therefore limit ourselves to dismissing the appeal.

UNITED STATES ex rel. Sidney COHEN, Relator-Appellant, v. Raymond J. MULLIGAN. U. S. Marshal, etc., Respondent-Appellee.

No. 250.

Circuit Court of Appeals, Second Circuit.

Nov. 23, 1933.

Boehm & Zeiger, of New York City (Louis Boehm and Harry M. Edelstein, both of New York City, of counsel), for appellant.

Thomas E. Dewey, U. S. Atty., of New York City (Russell H. Dorr, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

UNITED STATES of America ex rel. Mrs. Adah C. SANDERS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA et al.

No. 990.

Circuit Court of Appeals, Tenth Circuit.

Nov. 15, 1933.

F. E. Riddle, of Tulsa, Okl., for petitioner.

PER CURIAM.

Motion denied.